

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00336-CV

IN THE MATTER OF THE MARRIAGE OF DAISY JOANNA MENDOZA AND ADRIAN JOE MENDOZA AND IN THE INTEREST OF E.M., A CHILD

On Appeal from the County Court at Law No. 2
Randall County, Texas
Trial Court No. 75,119-L2, Honorable Matthew C. Martindale, Presiding

December 9, 2019

## ORDER ON MOTION FOR REHEARING

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

We dismissed this appeal for want of jurisdiction on October 25, 2019. Appellant Adrian Joe Mendoza moved for an extension of time to file a late notice of appeal. We denied his motion because he failed to reasonably explain the need for an extension pursuant to Rule of Appellate Procedure 26.3. Mendoza has now filed a motion for rehearing providing further explanation for the late notice of appeal. We conclude that Mendoza's explanation on rehearing demonstrates that the untimely filing was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance. *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 669 (Tex. 1989).

Accordingly, we grant Mendoza's motion for rehearing. TEX. R. APP. P. 49.3. We withdraw our opinion and judgment of October 25, 2019, reinstate the appeal, and grant Mendoza's motion for extension of time to file a notice of appeal. TEX. R. APP. P. 26.3. Mendoza's brief is due on or before January 8, 2020.

Per Curiam